# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HOWE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 20-cv-252-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND TO SET DEFENDANT'S RESPONSE DEADLINE**<br><br>[Doc. No. 12] |

　　　The parties jointly move to allow Emily Howe ("Plaintiff") to file her Second Amended Complaint ("SAC") on or before June 22, 2020 and have Target Corporation ("Defendant") respond to the SAC on or before July 22, 2020. *See* Doc. No. 12. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7.2, the Court **GRANTS** the parties' joint motion and **ORDERS** that (1) Plaintiff file her SAC on or before **June 22, 2020** and (2) Defendant answer or otherwise respond to the SAC on or before **July 22, 2020**.

　　　**IT IS SO ORDERED**.

Dated: June 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge