1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE TRANSFER OF CASES FROM
MAGISTRATE JUDGE ALLISON H.
GODDARD TO MAGISTRATE JUDGE
DANIEL E. BUTCHER

**TRANSFER ORDER**

    **IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Allison H. Goddard to the calendar of the Honorable Daniel E. Butcher for all further proceedings. All conferences or hearing dates previously set before Judge Goddard will remain on calendar as scheduled but will be set before Judge Butcher. All dates set before any district judge in the transferred cases will remain unchanged.

| Case No. | Case Title |
| --- | --- |
| 3:18-cv-0924-BTM | *Harris et al. v. County of San Diego et al.* |
| 3:19-cv-1979-W | *Mullen Technologies, Inc. v. Qiantu Motor (Suzhou) Ltd. et al.* |
| 3:19-cv-2258-WQH | *Pegueros v. Pollard et al.* |
| 3:20-cv-0176-LAB | *Langill et al. v. Allstate Insurance Company of California et al.* |
| 3:20-cv-0211-MMA | *Safeco Insurance Company of America v. Nelson et al.* |

3:20-cv-0252-MMA        *Howe v. Target Corporation et al.*

3:20-cv-0591-GPC        *Foyer et al. v. Wells Fargo, N.A. et al.*

3:20-cv-0831-GPC        *Joseph v. American General Life Insurance Company*

**IT IS SO ORDERED.**

Dated:  June 25, 2020

_____

Honorable Allison H. Goddard
United States Magistrate Judge