# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HOWE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 20-cv-252-MMA (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 37] |

The parties jointly move to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41.  *See* Doc. No. 37.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action with prejudice.  The Court **DIRECTS** the Clerk of Court to close the case in its entirety.  Each party bears its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: January 8, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge